UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KAY CHARLENE BENNET, a/k/a
Kay Charlene Graham,                    )
                                        )
                    Plaintiff,          )      NO.    CV-11-0067-WFN
                                        )
        -vs-                            )      ORDER OF DISMISSAL
                                        )
NORTHLAND GROUP, INC., a                )
Minnesota Kansas corporation,           )
                                        )
                    Defendant.          )
                                        )

Before the Court is the parties' Stipulated Judgment of Dismissal, filed July 7, 2011. The Court has reviewed the file and the Stipulation and is fully informed. Based on the parties' Stipulation,

**IT IS ORDERED** that all of Plaintiff's claims against the Defendant are **DISMISSED with prejudice** and without attorney's fees or costs to either party.

The District Court Executive is directed to file this Order, provide copies to counsel and to **CLOSE THIS FILE**.

**DATED** this 13th day of July, 2011.

07-13-11

                        s/ Wm. Fremming Nielsen
                        WM. FREMMING NIELSEN
                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL